IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    **Plaintiff**<br><br>    v.<br><br>**JORGE PADRON-VALLE,**<br>    **Defendant** | **Criminal No. 05-232 (ADC)** |

### ORDER

Before the Court is an unopposed Report and Recommendation issued by Magistrate-Judge Bruce J. McGiverin on March 22, 2007. (**Docket No. 393**). In said Report and Recommendation the Magistrate-Judge recommends that: defendant **Jorge Padrón-Valle** be adjudged guilty of the offenses charged in Counts Three and Five (Title 21, U.S.C. §§ 841(a)(1) and 846 and Title 18, U.S.C. § 2; Title 18, U.S.C. § 924(c)(1), 2) inasmuch as, his plea of guilty was intelligently, knowingly and voluntarily entered.

Neither party has filed objections to the Magistrate-Judge's Report and Recommendation within the time frame provided by the Federal Rules of Criminal Procedure and this Court's Local Rules. See Fed. R. Crim. P. 11; 28 U.S.C. § 636(b)(1)(B); D.P.R. Local Crim. R. 147(b).

After reviewing the record, the Court agrees with the arguments, factual and legal conclusions within the Report and Recommendation. Therefore, the Court hereby **APPROVES** and **ADOPTS** the Magistrate-Judge's Report and Recommendation in its entirety.

Criminal No.05-232 (ADC)                                                                                          Page -2-

Accordingly, a judgment of conviction is to be entered as to Counts Three and Five of the indictment in the above-captioned case.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report on March 21, 2007. **The sentencing hearing is set for June 27, 2007 at 2:00 p.m.**

**SO ORDERED.**

At San Juan, Puerto Rico, this 13th day of April 2007.

S/**AIDA M. DELGADO-COLON**
**United States District Judge**